**No. 09-1361. City of Reno, Nevada, et al., Petitioners v. Charla Conn, et al.**

563 U.S. 915, 131 S. Ct. 1812, 179 L. Ed. 2d 769, 2011 U.S. LEXIS 2815.

April 4, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Connick v. Thompson, 563 U.S. 51, 131 S. Ct. 1350, 179 L. Ed. 2d 417 (2011).

Same case below, 591 F.3d 1081.

**No. 10-8943. Donald G. Jones, Petitioner v. Supreme Court of the United States, et al.**

563 U.S. 914, 131 S. Ct. 1824, 179 L. Ed. 2d 769, 2011 U.S. LEXIS 2779.

April 4, 2011. Because the Court lacks a quorum, 28 U.S.C. § 1, and the qualified Justices are of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U.S.C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court." The Chief Justice, Justice Scalia, Justice Kennedy, Justice Thomas, and Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 405 Fed. Appx. 508.

**No. 10-8765. Ben Alan Snipes, Petitioner v. California.**

563 U.S. 915, 131 S. Ct. 1819, 179 L. Ed. 2d 769, 2011 U.S. LEXIS 2681.

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8.

**No. 10-8774. Michael John Warren, Petitioner v. Rissie Owens, et al.**

563 U.S. 915, 131 S. Ct. 1820, 179 L. Ed. 2d 769, 2011 U.S. LEXIS 2728.

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

Same case below, 475 Fed. Appx. 508.